# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 1:08CR00024 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| | ) By: James P. Jones |
| **PAUL ALSTON VAUGHN, JR.**, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: June 28, 2010

/s/ JAMES P. JONES
Chief United States District Judge